[No. 6890–1.   Division One.   October 15, 1979.]

THE CITY OF BELLINGHAM, *Respondent,* v. DARRYL
C. BENSON, *Appellant.*

Appeal from a judgment of the Superior Court for
Whatcom County, No. 9862, Byron L. Swedberg, J., entered
August 28, 1978. *Affirmed* by unpublished opinion per
Williams, J., concurred in by Callow, C.J., and Ringold, J.

[No. 6916–1.   Division One.   October 15, 1979.]

DANIEL TADE, *Appellant,* v. CHESTER R. MOCHEL,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 826402, T. Patrick Corbett, J., entered Sep-
tember 1, 1978. *Affirmed* by unpublished opinion per
Farris, J., concurred in by Callow, C.J., and Williams, J.

[No. 7005–45015–1.   Division One.   October 15, 1979.]

SISTERS OF ST. JOSEPH OF PEACE, HEALTH AND HOSPITAL
SERVICES, *Appellant,* v. THE DEPARTMENT OF
SOCIAL AND HEALTH SERVICES, ET AL,
*Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 818424, William C. Goodloe, J., entered July 1,
1977. *Affirmed* by unpublished per curiam opinion.

[No. 7217–1.   Division One.   October 15, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. ROTH
McPHEETERS, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 73396, David C. Hunter, J., entered December
21, 1978. *Affirmed* by unpublished opinion per James, J.,
concurred in by Andersen and Ringold, JJ.